```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                  :

LEIB GLANZ,                       :
     a/k/a "Leopold Glanz," and
MENASHE GLANZ,                    :
     a/k/a "Martin Glanz,"
                                  :
               Defendants.
                                  :
- - - - - - - - - - - - - - - - - x
```

**JUDGE CASTEL**

INDICTMENT

**11 CRM 1068**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 12 2011

<u>COUNT ONE</u>

The Grand Jury charges:

1.  From at least in or about 1996, up to and including in or about August 2011, in the Southern District of New York and elsewhere, LEIB GLANZ, a/k/a "Leopold Glanz," and MENASHE GLANZ, a/k/a "Martin Glanz," the defendants, and others, known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 641.

2.  It was a part and object of the conspiracy that LEIB GLANZ, a/k/a "Leopold Glanz," and MENASHE GLANZ, a/k/a "Martin Glanz," the defendants, and others known and unknown, willfully and knowingly would and did embezzle, steal, purloin, and knowingly convert to their own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development

("HUD"), and did receive, conceal, and retain the same with intent to convert it to their own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, in violation of Title 18, United States Code, Section 641.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts were committed in the Southern District of New York and elsewhere:

a. In or about 1996, LEIB GLANZ, a/k/a "Leopold Glanz," the defendant, entered into a contract on behalf of the United Talmudical Academy with the New York City Housing Authority ("NYCHA") concerning Section Eight housing benefits for MENASHE GLANZ, a/k/a "Martin Glanz," the defendant.

b. In or about 2009, MENASHE GLANZ filed re-certification documents with NYCHA seeking Section Eight rental subsidies in which he falsely indicated that he resided at 85 Ross Street, Apartment #1, in Brooklyn, New York.

(Title 18, United States Code, Section 371.)

COUNT TWO

The Grand Jury further charges:

4. From in or about 1996, up to and including in or about August 2011, in the Southern District of New York and elsewhere, LEIB GLANZ, a/k/a "Leopold Glanz," and MENASHE GLANZ, a/k/a "Martin Glanz," the defendants, willfully and knowingly,

did embezzle, steal, purloin, and knowingly convert to their own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to their own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, LEIB GLANZ and MENASHE GLANZ participated in a scheme in which they obtained approximately $222,985 in federal housing subsidies, to which they were not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

## FORFEITURE ALLEGATION

5. As the result of committing the conspiracy to commit theft of government funds and theft of government funds offenses alleged in Counts One and Two of this Indictment, LEIB GLANZ, a/k/a "Leopold Glanz," and MENASHE GLANZ, a/k/a "Martin Glanz," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, which constitutes or is derived from proceeds traceable to the offenses, including but not limited to at least $222,985 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the conspiracy to commit theft of government funds and

theft of government funds offenses alleged in Counts One and Two of this Indictment.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LEIB GLANZ,
a/k/a "Leopold Glanz," and
MENASHE GLANZ,
a/k/a "Martin Glanz,"

Defendants.

---

### INDICTMENT

11 Cr. \_\_\_

(18 U.S.C. §§ 371, 641, and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

12/2/2011 - Filed Indictment. Case assigned to Judge Castel.
J. Katz
USMJ