UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :        MISDEMEANOR
                                :        INFORMATION
       - v. -                   :
                                :
LEIB GLANZ,                     :        S1 11 Cr. 1068 (PKC)
                                :
           Defendant.           :
                                :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From at least on or about January 18, 1996, up to and including on or about June 7, 2000, in the Southern District of New York and elsewhere, LEIB GLANZ, the defendant, willfully and knowingly, and with intent to defraud, did make false entries in books of the Department of Housing and Urban Development (the "Department") and false reports and statements to and for the Department, to wit, GLANZ made false statements to the Department regarding contracts for federal housing subsidies, in connection with a scheme to fraudulently obtain approximately $36,484 in such subsidies.

(Title 18, United States Code, Section 1012.)

*Preet Bharara*
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/12